1 **FREDERICK M. CARROLL**
California State Bar No. 227628
2 424 F Street, Ste. A
San Diego, CA 92101
3 (619) 702-3251
e-mail:frederickcarroll@hotmail.com
4
5 Attorneys for Lizette Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JAN M. ADLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08MJ8666 |
| Plaintiff, | ) |
| v. | ) |
| | ) NOTICE OF SUBMISSION |
| LIZETTE GONZALEZ, | ) OF BOND PACKET |
| Defendant. | ) |

Lizette Gonzalez, Defendant, by and through her attorney, Frederick M. Carroll, hereby notifies the court as follows:

On July 31, 2008, this court ordered the bond packet be submitted by August 6, 2008 and Defense counsel forwarded the bond packet to the U.S. Attorney's Office on August 12, 2008.

Respectfully submitted,

Dated: August 12, 2008           **FREDERICK M. CARROLL**
                                 Attorneys for Ms. Lizette Gonzalez

| | |
|---|---|
| UNITED STATES DISTRICT COURT )<br>UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>LIZETTE GONZALEZ )<br>_____ ) | AUSA Bond Approval:_____<br><br>APPEARANCE BOND<br>FOR CASE NUMBER   08 MJ 8666-02 |

I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $ 5,000.00 , and there has been deposited in the Registry of the Court the sum of $ 00.00 in cash or the amount of the bond is secured by signature of a one financially responsible adult . (describe other security)

The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on August 7th, 2008, at _____.

✓ Defendant's Signature: _____

1 ✱ Surety's Signature: _____

Surety's Signature: _____

Signature of Witness of Surety' Signature: _____

Signed and acknowledged before me, the witness, on _____, 20____.

Approved: _____, Federal Judge

K:\COMMON\CSA\forms\2005\BondForms\...

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of RIVERSIDE

On 8-7-08 before me, REBECCA S. MORAGA, NOTARY PUBLIC
     Date                              Here Insert Name and Title of the Officer

personally appeared MARILU GONZALEZ
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Rebecca S Moraga_
          Signature of Notary Public

[Notary Seal: REBECCA S. MORAGA, Commission # 1666508, Notary Public - California, Riverside County, My Comm. Expires May 13, 2010]

Place Notary Seal Above

──────────────── OPTIONAL ────────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Description of Attached Document  US DISTRICT COURT - USA

Title or Type of Document: Appearance Bond for Case Number # 08mj 8666-02

Document Date: 8-4-08                     Number of Pages: 1

Signer(s) Other Than Named Above: _____

Capacity(ies) Claimed by Signer(s)

Signer's Name: MARILU GONZALEZ
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

## ADVICE OF PENALTIES AND SANCTIONS

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant fails to appear or surrender and the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 8-7-08

_____
Signature of Defendant

K:\COMMON\CSA\forms\2005\BondForms.wpd

## AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)

I, _____, on oath say that the $ _____ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

## JUSTIFICATION OF SURETY AND SURETY AGREEMENT

I, **Marilu Gonzalez**, the undersigned surety, declare under penalty of perjury, that my net worth is the sum of $ **at least $5,000.00** and that I have read and understand this two page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court and the defendant's compliance with all conditions of release as ordered by the court. If the defendant does not appear or comply with the conditions of release, I will be required to pay the amount of the bond, any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be entered against me. If judgment is entered against me a Judgment Lien will be filed with the County Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years imprisonment, 18 U.S.C. § 1001.)

Signature of surety: *Marilu Gonzalez* Date: 8-7-08

Printed name and address of witness to surety's signature: _____

_____

Signature of witness: _____ Date: _____

AUSA ____ (initials)    DEFENSE ATTORNEY ____ (initials)

Page 2 of 2    Surety Addendum

K:\COMM\OM\CSA\Tommy\2005\BondForms.wpd

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __RIVERSIDE__

On __8-7-08__ before me, __REBECCA S. MORAGA  NOTARY PUBLIC__
      Date                                    Here Insert Name and Title of the Officer

personally appeared __MARILU GONZALEZ__
                                        Name(s) of Signer(s)

[Notary Seal: REBECCA S. MORAGA, Commission # 1666508, Notary Public - California, Riverside County, My Comm. Expires May 13, 2010]

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Rebecca S Moraga__
                 Signature of Notary Public

─────────── OPTIONAL ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __AFFIDAVIT BY OWNER OF CASH SECURITY__

Document Date: __8-4-08__  Number of Pages: __1__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __MARILU GONZALEZ__
- ☒ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: __—0—__
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder Call Toll-Free 1-800-876-6827

CASE NAME: United States v **L. GONZALEZ**        CASE NO. **08 MJ 8666-02**

## SURETY ADDENDUM TO APPEARANCE BOND (2 pages)
(Use separate addendum for each surety)

### ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION, INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's Name: **Marilu Gonzalez**

Date of Birth: **2-4-79**    S.S.#: **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**

Immigration Status: **US Citizen**    "A" Number: _____

Home address: **51-354 Tyler St Apt T/101 Coachella CA 92236**    Home Phone: **(760)619-3141**

Surety's relationship to defendant: **sister-in-law**

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: **Desert's Woman Care**

Employer's address: **39000 Bob Hope Drive Suite K405 Ranch. Mirage 92270**

Length of employment: **10 months**    Work phone: **760-568-4343**

Monthly salary (gross): $ **2084 2084**

**ADDITIONAL INCOME INFORMATION:** (complete if applicable)

Source of additional income: **N/A**

Amount of additional income: $ _____

**REAL PROPERTY OWNED:** (If more than one piece of property is owned please use additional sheet)

Address: _____

Value of Property: $ _____    Equity in property: $ _____

Holder(s) of trust deed(s): _____

Are payments/taxes current? _____

Is proof of surety's title to property attached? _____    Appraisal? _____

AUSA _____ (initials)    SURETY **MG** (initials)

Page 1 of 2 Surety Addendum

K:\COMMON\CSA\forms\2005\BondForm.wpd





| Christine L Griswold M.D. (PC) | | | | | | Earnings Statement | | | |
|---|---|---|---|---|---|---|---|---|---|
| 39-000 Bob Hope Drive | | | | | Voucher Number | 100001005 | Check Date: | July 31, 2008 | |
| Suite 405K | | | | | Net Pay | 711.19 | Period Beginning: | July 16, 2008 | |
| Rancho Mirage, CA 92270 | | | | | Check Amount | | Period Ending: | July 31, 2008 | |
| Marilu Gonzales | | Employee Number | | 11 | Department | 1 | | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| REG | 0.00 | 86.67 | 1042.50 | 1213.38 | 14457.63 |
| Total Gross Pay | | 86.67 | 1042.50 | 1213.38 | 14457.63 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1042.50 | 15.12 | 209.64 |
| OASDI | | 1042.50 | 64.63 | 896.37 |
| CA SDI - Employee | | 1042.50 | 8.34 | 115.66 |
| Federal Income Tax | M/2 | 1042.50 | 41.75 | 570.76 |
| California SITW | M/2 | 1042.50 | 1.47 | 17.82 |
| Total Tax Withholding | | | 131.31 | 1810.25 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Advance | 200.00 | 750.00 |
| Garnishment | | 595.55 |
| Total Deductions | 200.00 | 1345.55 |

| Direct Deposits | Account | Amount |
|---|---|---|
| 122239869 | xxxxxx2096 | 711.19 |
| Total Direct Deposits | | 711.19 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Dollars |
|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

Christine L Griswold M.D. (PC)
39-000 Bob Hope Drive
Suite 405K
Rancho Mirage, CA 92270

**Direct Deposit Advice**

| Check Date | Voucher Number |
|---|---|
| July 31, 2008 | 100001005 |

\*\*\*This is not a check\*\*\*

Check Voucher

2772 1  11 100001005 2
**Marilu Gonzales**
51-354 Tyler St 1-101
COACHELLA, CA 92236

Aug 12 08 03:16p   CL Griswold MD   7605689937   p.3

# Earnings Statement

**Christine L Griswold M.D. (PC)**
39-000 Bob Hope Drive
Suite 405K
Rancho Mirage, CA 92270

Voucher Number: 100000999
Net Pay: 811.18
Check Amount:

Check Date: July 15, 2008
Period Beginning: July 01, 2008
Period Ending: July 15, 2008

**Marilu Gonzales**   Employee Number   11

Department   1

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| REG | 0.00 | 86.67 | 1042.50 | 1126.71 | 13415.13 |
| Total Gross Pay | | 86.67 | 1042.50 | 1126.71 | 13415.13 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1042.50 | 15.12 | 194.52 |
| OASDI | | 1042.50 | 64.64 | 831.74 |
| CA SDI - Employee | | 1042.50 | 8.34 | 107.32 |
| Federal Income Tax | M/2 | 1042.50 | 41.75 | 529.01 |
| California SITW | M/2 | 1042.50 | 1.47 | 16.35 |
| Total Tax Withholding | | | 131.32 | 1678.94 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Advance | 100.00 | 550.00 |
| Garnishment | | 595.55 |
| Total Deductions | 100.00 | 1145.55 |

| Direct Deposits | Account | Amount |
|---|---|---|
| 122239869 | xxxxxx2096 | 811.18 |
| Total Direct Deposits | | 811.18 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Christine L Griswold M.D. (PC)**
39-000 Bob Hope Drive
Suite 405K
Rancho Mirage, CA 92270

**Direct Deposit Advice**
Check Date: July 15, 2008
Voucher Number: 100000999

\*\*\*This is not a check\*\*\*
Check Voucher

2772 1  11 100000999 2
Marilu Gonzales
51-354 Tyler St. I-101
COACHELLA, CA 92236

VOID VOID VOID

Aug 12 08 03:16p   CL Griswold MD   7605689937   p.2

CASE NAME: United States v L. GONZALEZ    CASE NO.    08 MJ 8666-02

## BAIL INFORMATION SHEET

**Defendant Information:**

Name: LIZETTE GONZALEZ

Date of Birth: 10/31/1985    S.S.#: 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

Immigration status: U.S. Citizen    "A" Number:

Home address: 53755 AVENIDA RUBIO, LA QUINTA CA. 92253

Home phone: 760)619-7160

Employer's name:

Employer's address:

Length of employment:    Work phone:

Name(s), address(es), and phone number(s) of person(s) with whom defendant will live during pendency of case. Maria Copado, Refugio Copado, Jose Copado, Yadira Ochoa, David Copado and 3 kids.

Name(s) address(es), and phone numbers(s) of person(s) residing in United States who will know how to contact defendant; aside from sureties on this bond. Gabriela Moreno - 81-582 Santa Clara Ct Indio, CA 92201

~~Francisco~~ ~~Nutrica Solorzano~~ 91-800 6th Ave APT N101 Mecca CA. 92244

**Defense Attorney Information:**

Name: FREDERICK M. CARROLL    Address: 424 F. ST SUITE A SAN DIEGO CA 92101

Phone: 619) 702-3251

AUSA_____ (initials)

K:\COMMON\CSA\forms\2005\BondForms.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, ) CRIMINAL CASE NO. 08mj8666
v. )
Lizette Gonzalez (2) )  ORDER AND CONDITIONS OF PRETRIAL
_____Defendant. ) RELEASE: BAIL (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing,* **IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

**STANDARD CONDITIONS:**

✓ 1. restrict travel to ❏ San Diego County, ✓ Southern District of California, ✓ Central District of California, ❏ State of California, ❏ United States, ✓ do not enter Mexico, ❏ other:_____;
✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;
✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**

___ 7. be able to legally remain in the United States during pendency of the proceedings;
___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
    ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;
___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❏ active ❏ passive, including, release of defendant to PSA custody; and ❏ residence restrictions and/or ❏ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
    ❏ submit to supervision and custody of _____; and/or
    ❏ remain at a specified residence (curfew) between the hours of ____ P.M. and ____ A.M. daily;
___ 10. actively seek and maintain full-time employment, schooling, or combination of both;
✓ 11. execute a personal appearance bond in the amount of $ 5000 secured by:
    ❏ a trust deed to the United States on real estate approved by a Federal Judge;
    ✓ the co-signatures of _____2_____ financially responsible (related) adults;
    ❏ Nebbia Hearing ❏ Exam of Sureties ❏ other: _____
___ 12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).
___ 13. 18 U.S.C.§ 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.
___ 14. clear all warrants/FTA's within ____ days of release.
___ 15. all conditions previously set will remain the same.
✓ 16. other conditions: _____ok to leave until s/o of b/w/s surety + submit bond paperwork to ct._____

DATED: 7-31-08

FILED
JUL 31 2008
SOUTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
BY_____DEPUTY

_____
Federal Judge

cc: Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)

1 **FREDERICK M. CARROLL**
California State Bar No. 227628
2 424 F Street, Ste. A
San Diego, CA 92101
3 (619) 702-3251
e-mail:frederickcarroll@hotmail.com
4

5 Attorneys for Lizette Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JAN M. ADLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8666 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LIZETTE GONZALEZ, ) | Certificate of Service |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    ASSISTANT UNITED STATES ATTORNEY
    Efile.dkt.gc1@usdoj.gov

    Respectfully submitted,

Dated: August 12, 2008        **FREDERICK M. CARROLL**
        Attorneys for Ms. Lizette Gonzalez